IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GWENDOLYN D. GLENN,

       Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-816-jdp

v.

U.S. BANK,

       Defendant.

---

       This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 5/10/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |